

**TRAVIESO LAW**

**ANDRÉ G. TRAVIESO**
Admitted New York & New Jersey

521 Fifth Avenue, 17th FL
New York, NY 10175

P.O. Box 5173
Bergenfield, NJ 07621

andre@traviesolaw.com
O: 212-292-4557
C: 917-435-3700
F: 212-202-7631

April 22, 2021

**VIA ELECTRONIC CASE FILING (ECF)**
Honorable Judge Paul Oetken
United State District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

       Re: *United States of America v. Akbar (1:20-CR-00563)*

Dear Judge Oetken:

I file this letter motion on behalf of my client, Javian Moore, respectfully requesting that the conditions of Mr. Moore's bail are modified so that he may be allowed to travel to Miami, Florida from May 14, 2021 through May 17, 2021. My client will be staying at the Mondrian Hotel at 1100 West Avenue, Miami Beach, FL 33139. Mr. Moore will be visiting family and this trip is only for personal time with his family.

The defense has spoken with Mr. Moore's pre-trial officer, Francesca Piperato, regarding this proposed trip and pre-trial does not have any objections to this travel request. The Government defers to the decision of pre-trial services as to my client's travel.

Hence, we hereby request that Mr. Moore's bail conditions be modified in accordance with this proposed travel request.

Thank you in advance for your immediate attention to this matter.

Respectfully,

*/s/ André G. Travieso*

André G. Travieso

AGT/

cc:  AUSA Emily Johnson, AUSA Kaylan Kaylan, AUSA

> Granted.
> So ordered.
> 4/26/2021
>
> _____
> J. PAUL OETKEN
> United States District Judge