

521 Fifth Avenue, 17th FL
New York, NY 10175

P.O.Box 5173
Bergenfield, NJ 07621

andre@traviesolaw.com
O: 212-292-4557
C: 917-435-3700
F: 212-202-7631

November 7, 2022

**VIA ELECTRONIC CASE FILING (ECF)**
Honorable Judge Paul Oetken
United State District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                        Re:   *United States of America v. Akbar (1:20-CR-00563)*

Dear Judge Oetken:

I represented Javian Moore in the above-referenced matter. I am writing to request that the Court authorize Pretrial Services to return Mr. Moore's passport to him. Mr. Moore surrendered his passport to Pretrial Services as a condition of his bail.

The Court sentenced Mr. Moore on December 16, 2022.

Thank you in advance for your immediate attention to this matter.

Respectfully,

*/s/ André G. Travieso*

André G. Travieso

AGT/

> Granted.
> Pretrial Services is hereby directed to release custody of Mr. Moore's passport and return it to him or his designated representative.
>   So ordered:
>   November 9, 2022

cc:  AUSA Emily Johnson, AUSA Kaylan Lasky, AUSA Ashley Nicholas

_____
J. PAUL OETKEN
United States District Judge